IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TIMOTHY M. MULLIN and MARIE MULLIN, his wife, | |
| Plaintiffs, | Civil No. 06-480-RBK-AMD |
| v. | |
| LOUISVILLE LADDER GROUP, LLC, et al., | |
| Defendants, | |
| and | |
| KLI, INC., | |
| Third-Party Plaintiff, | |
| v. | |
| JOHNSON MATHEY, INC., et al., | |
| Third-Party Defendants, | |
| and | |
| PFI CONSTRUCTION CORP. a/k/a THE PARSONS CORPORATION, | |
| Fourth-Party Plaintiff, | |
| v. | |
| BROWN & GUARINO, INC., | |
| Fourth-Party Defendant. | |

**<u>SCHEDULING ORDER</u>**

This Scheduling Order sets forth the following directives:

IT IS this **11th** day of **August 2008,** hereby **ORDERED:**

1. By consent of the parties, the Settlement/Final Pretrial Conference on September 4, 2008 is **RESCHEDULED** to **September 18, 2008 at 11:30 A.M.**.

                                        s/ Ann Marie Donio
                                        ANN MARIE DONIO
                                        United States Magistrate Judge

cc:  Hon. Robert B. Kugler